**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:96cr135**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> JASPER MACKEY. ) <br> _____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Notice of Appeal [Doc.89], filed May 13,2008.

The notice was filed by counsel who was privately retained to file a motion for a sentence reduction on behalf of the Defendant. In the notice, counsel points out that he has not been retained for appellate matters, but therein requests that the Defendant be allowed to proceed without the prepayment of fees.

Federal Rule of Appellate Procedure 24 provides in pertinent part:

[A] party who desires to appeal *in forma pauperis* must file a motion in the district court. The party must attach an affidavit that:
    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and
(C) states the issues that the party intends to present on appeal.

Fed.R.App.P. 24(a)(1).

No such affidavit accompanied the request contained in the Notice of Appeal.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for leave to proceed *in forma pauperis*, contained within the Notice of Appeal [Doc. 89], is hereby **DENIED**.

Martin Reidinger
United States District Judge

Signed: May 20, 2008